IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PLANET AID, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:18-mc-9013-SRB |
| ) | |
| REVEAL, CENTER FOR ) | |
| INVESTIGATIVE REPORTING, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is Nonparty Kristine K. Alonge's Motion to Quash and/or Modify Subpoena Duces Tecum and/or Transfer the Motion to the Northern District of California. (Doc. #1). In the motion Ms. Alonge requests the motion be transferred to Northern District of California if she is granted permission to electronically file in California. On August 8, 2018, Ms. Alonge notified this Court she had received approval to electronically file in California. (Doc. #3). Federal Rule of Civil Procedure 45(f) states, in pertinent part: "When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents . . . ." With Ms. Alonge's consent and pursuant to Rule 45, this Court transfers Ms. Alonge's motion to quash to the Northern District of California.

**IT IS SO ORDERED**.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2018